IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**AARON T. DILLARD**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #131975**

**V.**　　　　　　　　　　**Case No. 2:24-CV-00102-BRW-BBM**

**MARCUS ETHERLY, Captain, EARU,
ADC; KENYON RANDLE, CSO Staff,
ADC; and MONICKA BRANSCOMB,
Officer, ADC**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

Aaron T. Dillard has not complied with the May 28, 2024 Order directing him to sign the signature page of his Amended Complaint, and to either file a completed and signed motion to proceed *in forma pauperis*, including the necessary Calculation and Certificate forms, or pay the $405 filing and administrative fees.[1]  The time to do so has expired.   Thus, this case is dismissed without prejudice due to a lack of prosecution.[2]  I certify that an *in forma pauperis* appeal from this Order would not be taken in good faith.[3]

IT IS SO ORDERED this 12th day of September, 2024.


　　　　　　　　　　　　　　　　　　　　　　　Billy Roy Wilson
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] Doc. 4.

[2] Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

[3] 28 U.S.C. § 1915(a)(3).