IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**AARON T. DILLARD**                                                                                   **PLAINTIFF**
**ADC #131975**

V.                              Case No. 2:24-CV-00102-BRW-BBM

**MARCUS ETHERLY, Captain, EARU,**
**ADC; KENYON RANDLE, CSO Staff,**
**ADC; and MONICKA BRANSCOMB,**
**Officer, ADC**                                                                                       **DEFENDANTS**

## JUDGMENT

Consistent with today's order, judgment is entered dismissing this case without prejudice.

IT IS SO ORDERED this 12th day of September, 2024.


_Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE